AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

Richard Fuentes　　　　　　　　　　　**JUDGMENT IN A CIVIL CASE**
　　　　　　　　　　　　　　　　　　　CASE NUMBER: 1:13-CV-405C
　　v.

Audubon Financial Bureau, LLC.
Adam D. March

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's motion for default judgment is granted.  Plaintiff is awarded $500.00 for Defendant's violations of FDCPA, $2,117.50 in attorney fees and $673.78 in costs.

Date: September 6, 2013　　　　　　　　　　　　　MICHAEL J. ROEMER, CLERK

　　　　　　　　　　　　　　　　　　　　By:　s/Deborah M. Zeeb
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk